57 A.3d 1100

KLEEBLATT, GALLER, ABRAMSON, LLC, PLAINTIFF–
RESPONDENT, v. EDWARD FEUER,
DEFENDANT–PETITIONER.

March 16, 2011.

ORDERED that the petition for certification is granted, and the matter is summarily remanded to the Superior Court, Law Division, to determine whether 1) plaintiff complied with *Rule* 4:4–4(b)(1); and 2) whether defendant was, in fact, served with the summons and complaint. Jurisdiction is not retained.

57 A.3d 1101

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v.
JOHN A. HEWETT, DEFENDANT–PETITIONER.

March 31, 2011.

ORDERED that the petition for certification is granted, and the matter is summarily remanded to the trial court for statement of reasons for the imposition of consecutive sentences. Jurisdiction is not retained.